**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **THE BIOMECHANICS LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| *v.* | § | |
| | § | **CASE NO.  6:22-cv-974-ADA-JCM** |
| **INTERNATIONAL FITNESS** | § | |
| **PROFESSIONALS ASSOCIATION, INC.** | § | |
| **and DR. JAMES BELL** | § | |
| *Defendants*. | § | |
| | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**

TO THE HONORABLE COURT:

1.      Plaintiff The BioMechanics LLC hereby requests an extension of its deadlines to respond to the following motions:

> (1) Dr. James Bell's Motion to Dismiss Under Rule 12(b)(2) for Lack of Personal Jurisdiction and Under Rule 12(b)(3) for Improper Venue (Dkt. 13) ("Bell's Motion"); and

> (2) International Fitness Professionals Association, Inc.'s First Amended Motion to Dismiss Under Rule 12(b)(2) for Lack of Personal Jurisdiction, Under Rule 12(b)(3) for Improper Venue, and Under Rule 12(b)(6) for Failure to State a Claim (Dkt. 15) ("IFPA's Amended Motion").

2.      To facilitate jurisdictional discovery, Plaintiff respectfully request that its deadline to respond to the motions to dismiss be extended to March 24, 2023.

3.      Plaintiff has conferred with counsel for Defendants International Fitness Professionals Association, Inc. ("IFPA") and Dr. James Bell ("Bell"), who do not oppose the relief requested herein.

4.      Plaintiff sued Defendants for copyright infringement and breach of contract.

5.      Defendant Bell's Motion was filed on November 4, 2022 and Defendant IFPA's Amended

Motion was filed on November 10, 2022.

6.      Plaintiff's current response deadline on Bell's Motion is November 18, 2022; Plaintiff's

current response deadline on Defendant IFPA's Amended Motion is November 24, 2022.

7.      Each Defendant challenges the basis for personal jurisdiction. Plaintiff's request this

extension to facilitate jurisdictional discovery is appropriate and propose regarding Defendants'

contacts and business in the State of Texas and this District.  The parties have agreed to the

preliminary discovery: (a) 12 requests for admissions; (b) 5 interrogatories; and (c) 8 requests for

production.  These preliminary parameters are made without prejudice to Plaintiff's right to seek

additional discovery if it determines that it is necessary.  The parties are agreed that additional

discovery may be taken by leave of Court or by agreement of the parties.

### PRAYER

8.      For these reasons, Plaintiff respectfully requests that its deadlines to respond to Bell's

Motion and IFPA's Amended Motion be extended to March 24, 2023 and that the Court enter the

[Proposed] Agreed Order Granting Unopposed Motion to Extend Time to Respond to Motions to

Dismiss attached hereto as Exhibit 1.

 DATED:  November 16, 2022                     Respectfully submitted,

                                              DUNAHM LLP
                                              919 Congress Avenue
                                              Suite 910
                                              Austin, Texas 78701
                                              512.615.1255 (phone)
                                              512.612.1256 (facsimile)

                                              By /s/ I. Antongiorgi
                                                 Isabelle M. Antongiorgi
                                                 State Bar No. 240599386
                                                 Email: isabelle@dunhamllp.com
                                                 David E. Dunham

State Bar No. 06227700
Email: david@dunhamllp.com
ATTONEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify, I conferred with Mr. Scott Brenner, counsel for Defendants, via email and on the phone. Mr. Brenner relayed that Defendants would not oppose the relief requested herein.

/s/ Isabelle M. Antongiorgi
Isabelle M. Antongiorgi

## CERTIFICATE OR SERVICE

I, the undersigned, hereby certify that this Plaintiff's Unopposed Motion to Extend Time to Respond to Motions to Dismiss was filed through the Court's ECF System on November 16, 2022, and thereby served on the following counsel of record:

Scott Brenner
Email: sbrenner@thowardlaw.com
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd. #100
Louisville, CO 80027
Telephone: (303) 665-9845
COUNSEL FOR DEFENDANTS

And

Daniel M. Branum
Sate Bar No. 24064496
Email: dan@branumpllc.com
BRANUM PLLC
103 East Main Street
Onley, TX 76374
Telephone: (940) 564-5299
Fax: (940) 247-3406
LOCAL COUNSEL FOR DEFENDANTS

/s/ Isabelle M. Antongiorgi
Isabelle M. Antongiorgi