IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE BIOMECHANICS LLC, §<br>§ *Plaintiff*, §<br>§<br>v. §<br>§<br>INTERNATIONAL FITNESS §<br>PROFESSIONALS ASSOCIATION, INC. §<br>and DR. JAMES BELL §<br>§ *Defendants*. §<br>§ | CASE NO.  6:22-cv-974-ADA-JCM |

**[PROPOSED] AGREED ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**

On this day, the Court considered Plaintiff's Unopposed Motion to Extend Time to Respond to Motions to Dismiss (Dkt. 16). The Court finds that the Motion has merit and hereby ORDERS as follows:

Plaintiff's deadlines to respond to Defendant Bell's Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and for Failure to State a Claim (Dkt. 13) and Defendant IFPA's First Amended Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and for Failure to State a Claim (Dkt. 15) are hereby extended to March 24, 2023.

The Court hereby further orders that Plaintiff may conduct the following jurisdictional discovery:

A)  12 requests for admissions;

B)  5 interrogatories;

C)  8 requests for production.

Additional discovery may be taken by leave of Court or by agreement of the parties.

ORDERED this ___ day of November, 2022.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

**AGREED AS TO FORM & SUBSTANCE:**

DUNHAM LLP
919 Congress Avenue, Suite 910
Austin, Texas 78701
512.615.1255 (phone)
512.612.1256 (facsimile)

By: */s/ I. Antongiorgi*
    David E. Dunham
    State Bar No. 06227700
    Email: david@dunhamllp.com
    Isabelle M. Antongiorgi
    State Bar No. 24059386
    Email: isabelle@dunhamllp.com
*Attorneys for Plaintiff*


THOMAS P. HOWARD, LLC
842 W. South Boulder Rd. #100
Louisville, CO 80027
Telephone: (303) 665-9845


By: /s/ S. Brenner (signed with permission by IMA)
    Scott Brenner (CO Bar #44474)
    sbrenner@thowardlaw.com
    Thomas P. Howard (CO Bar #31684)
    thoward@thowardlaw.com
*Attorneys for Defendants*, *Admitted Pro Hac Vice*