# EXHIBIT 6

Case 6:22-cv-00974-ADA    Document 19-6    Filed 03/08/23    Page 2 of 5



Search for products    Search

GET CERTIFIED    CONTINUING EDUCATION    ABOUT US    MY ACCOUNT     0

# KEEPING YOU
# INFORMED

## ARTICLES FROM DR. BELL, IFPA FOUNDER

All | Aerobic Training/Group Fitness | Business of Fitness | Children and young adult health and fitness | Core Training | Exercise Physiology | Fat Loss
Fire Fighter | Fit For Duty; Military | FITBIT | Kids | Low Back Pain and Disorder | Medical Fitness Specialist | Motivation and Personal Development
Nutrition | Online training | Personal Training | Police | Power Training | Sports Conditioning | Sports Medicine/Rehabilitation | Sprinting
Strength Training | Stretching / Flexibility | Weight Loss | Wellness and Health | Women's Health and Fitness



### HOLDING ON TO PREGNANCY WEIGHT – POSTPARTUM WEIGHT RETENTION

October 31, 2019 Dear Dr. Bell, I SWEAR ON THE LAST BABY HAIRS I HAVE ON MY EDGES, that my body just wants to HOLD …

Read More →



## CAUSES & TREATMENTS FOR BACK PAIN DURING PREGNANCY

September 29, 2017 Dear Dr. Bell, I'm in my second trimester and I've started experiencing bad back pain. Do you have any exercises or stretches ...

Read More→



## WHAT IS THE BEST WAY TO RECORD DUMBBELL WEIGHT?

December 7, 2016 Dear Dr. Bell, I'm new to lifting. What is the proper way to recording dumbbell weight? Do you combine the weight, or ...

Read More→

Load More...

# ASK DR. BELL A QUESTION

Case 6:22-cv-00974-ADA   Document 19-6   Filed 03/08/23   Page 4 of 5

# Send us your story or ask Dr. Bell your health and fitness question!

"*" indicates required fields

**Name***

First

Last

**Email***

**Phone Number***

**Question Category***

Training

**Please type your question***

Submit question

## FIND YOUR WAY

Home

FAQs

Get Certified

Candidate policies & procedures

## CONTACT

IFPA – International Fitness Professionals Association

P.O.Box 46248
Tampa, FL 33646

## WE'RE SOCIAL

For the latest in health and fitness, follow us on our social media channels.

Contact us

Toll-free: (800) 785-1924
Local: (813) 979-1925
Fax: (813) 979-1978

Monday-Friday 9:00am–5:00pm EST

Privacy | Terms & Conditions

Copyright © 2021.