# EXHIBIT 7

https://www.facebook.com/help/212802592074644

