# EXHIBIT 8



Home About Us
Courses
PFT Certifications  Individual Certifications  Continuing Education Units  FitBits  FitSpots
Blog
Ask Dr. Bell  Be Your Best Self
Military  Affiliates  FAQ  Contact
Log In

## It's Time to Renew

**Step 1**: Your certification is expiring, and you need to renew it soon.

Select how many years you want to renew your certification. Do you want to renew your certificate for 1 year or 2 years?

If you would like to renew for one year, you need a total of **12** Continuing Education Units (CEUs). You have several options to choose from.

### Continuing Education Courses

Our Continuing Education Courses provide trainers with one to twelve Continuing Education Units (CEU). A total of 12 Continuing Education Units are required to renew your certification(s) for one year. You may take as many courses necessary to obtain the required 12 Continuing Education Units. IFPA Continuing Education Courses also come in a wide variety of subject matter areas.

### FitBits

Each FitBit will grant trainers with one Continuing Education Unit. The FitBit contains an article and ten question exam. Sign-up for our monthly FITBITS, by completely one each month, you will have enough credits to renew your certification(s) for one year. All FITBITs are published by industry experts, ranging in all topics of health and fitness.

### Fit Spots

Each Fit Spot will grant trainers with two Continuing Education Units. Every other month, Dr. Bell or a Guest Speaker, will bring you a two-hour live webinar, ranging in topics in nutrition, fitness, wellness and the business of fitness. If the live Fit Spots, don't work with your schedule, you are more than welcome to purchase the recorded session.

If you would like to renew 2 years, you will need a total of **24** CEUs.

### Certifications

All IFPA Specialized Certifications provide trainers with 24 Continuing Education Units (CEU) and a 2-year renewal to existing certifications. The IFPA has advanced and specialized certifications for trainers to continue their development as fitness professionals in subject matter ranging from Sports Nutrition, Sports Medicine, Sports Management, Senior Fitness, Youth Fitness, Low Back Disorders, Flexibility, Weight Management, Exercise Prescription, Pre & Post Natal, and Sports Conditioning. These certifications typically take 2-3 months to complete, and require passing an open book, multiple choice, 100 question exam.

**Submitting Outside Sources for Renewal**

We also accept 6 outside source credits per renewal.

**Step 2**: Choose your subject matter. We have specialized certifications and courses ranging in all aspects of health and fitness, whether you want to advance your knowledge in a certain area such as Sports Nutrition or go after a new target market such as Pre & Post Natal, we've got you covered.

**Step 3:** Place your order. Order anytime online, or place your order with us over the phone 1-800-785-1925, Monday-Friday, 9:00am-5:30pm EST.

**Step 4**: Study, Study, Study. Review your course materials. You have up to 6 months to prepare for the exam, however, you can take the exam whenever you are ready! If you need more time, notify the Testing Department.

**Step 5:** Take the exam. When you are ready to take the exam, follow the instructions that were sent in your package or contact the CEU Department to access your test link.

**Step 6:** Once you have successfully completely the exam, complete the CEU Report Form and submit it via email, fax or mail to the CEU Department.

**Step 7:** Once we receive your completed CEU Report Form, we will mail out your new certificate(s) in 4 weeks. Rush Processing is available. Select Rush Processing on your CEU Report Form.

**Step 8:** Congrats! You are good to go! Thank you for being part of our IFPA Family. Reach out to us anytime we can assist you. Please be sure to add yourself to our IFPA Members Page on Facebook and access to free IFPA Podcast and Webinars exclusively for our members!



Home About Us FAQ Candidate Policies & Procedures Privacy

© 2023 IFPA



## JOIN THE FAMILY

Sign up to receive the latest health and fitness insights, industry updates and exclusive offers.

