IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE BIOMECHANICS LLC,<br>    *Plaintiff*,<br><br>v.<br><br>INTERNATIONAL FITNESS<br>PROFESSIONALS ASSOCIATION, INC.<br>and DR. JAMES BELL<br>   *Defendants*. | §<br>§<br>§<br>§<br>§   CASE NO.  6:22-cv-974-ADA-JCM<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL JURISDICTIONAL DISCOVERY**

On this day, the Court considered Plaintiff's Motion to Compel Jurisdictional Discovery ("Plaintiff's Motion").  After considering the pleadings, Plaintiff's Motion, and arguments of counsel, the Court finds that the Motion has merit and hereby ORDERS as follows:

As to Defendants' responses to discovery, within 14 days from the date of this Order:

1. Defendant International Fitness Professionals Association, Inc. shall produce all non-privileged documents and information responsive to Plaintiff's Request for Production Nos. 1, 2, 5, and 6.

2. Defendant International Fitness Professionals Association, Inc. shall fully respond to Plaintiff's Interrogatory Nos. 1, 2 and 3.

3. Defendant Dr. James Bell shall produce all non-privileged documents and information responsive to Plaintiff's Request for Production No. 2.

4. Defendant Dr. James Bell shall present himself for deposition within 30 days of the date of this Order.

It is further ORDERED that Plaintiff's deadline to respond to Defendants' Motions to Dismiss is hereby extended to  Defendant International Fitness Professionals Association's First Amended

Motion to Dismiss Under Rule 12(b)(2) for Lack of Personal Jurisdiction, Under Rule 12(b)(3) for Improper Venue, and Under Rule 12(b)(6) for Failure to State a Claim (Dkt. 15) and Dr. James Bell's Motion to Dismiss Under Rule 12(b)(2) for Lack of Personal Jurisdiction and Under Rule 12(b)(3) for Improper Venue (Dkt. 13) is hereby extended to _____.

ORDERED this \_\_ day of March, 2023.

                                                                  JEFFREY C. MANSKE
                                                                  UNITED STATES MAGISTRATE JUDGE