## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **THE BIOMECHANICS LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| *v.* | § | |
| | § | **CASE NO.  6:22-cv-974** |
| **INTERNATIONAL FITNESS** | § | |
| **PROFESSIONALS ASSOCIATION, INC.** | § | |
| **and DR. JAMES BELL** | § | |
| *Defendants*. | § | |

## UNOPPOSED EMERGENCY MOTION TO
## EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS

TO THE HONORABLE COURT:

1.      Plaintiff The BioMechanics LLC hereby requests an extension of its deadlines to respond

to the following motions:

> (1) Dr. James Bell's Motion to Dismiss Under Rule 12(b)(2) for Lack of Personal Jurisdiction and Under Rule 12(b)(3) for Improper Venue (Dkt. 13); and

> (2) International Fitness Professionals Association, Inc.'s First Amended Motion to Dismiss Under Rule 12(b)(2) for Lack of Personal Jurisdiction, Under Rule 12(b)(3) for Improper Venue, and Under Rule 12(b)(6) for Failure to State a Claim (Dkt. 15).

2.      Plaintiff's current deadline to respond to both motions is March 13, 2023, which was an

extension of the initial deadline, which the Court to provide time for (1) the parties to finish

conferencing discovery disputes and present any remaining disputed issues to the Court for

resolution if necessary; and (2) to permit the parties to further engage in settlement negotiations in

the hopes of resolving the lawsuit entirely.  *See* Dkt. 17.

3.      The parties subsequenly engaged in conferencing of the discovery issues and Counsel for

Plaintiff understood that there would be supplementation of the discovery responses and continued

conferencing and negotiations.  However, communications ceased and no supplementation was

provided.  Counsel for Plaintiff learned only yesterday that counsel for Defendant had been ill with COVID.

4.      Plaintiff respectfully requests that the deadline to respond to the Defendants' motions to dismiss be postponed until an order is iessed on the Plaintiff's Motion to Compel Jurisdictional Discovery (Dkt. 19).

5.      The parites have conferred and Defenadnts do not oppose the requested relief.

## PRAYER

6.      For these reasons, Plaintiff respectfully requests that its deadlines to respond to Defendants' motions to dismiss be postponed until an order has issued on Plaintiff's Motion to Compel Jurisdictional Discovery (Dkt. 19).


DATED:  March 9, 2023                        Respectfully submitted,

DUNAHM LLP
919 Congress Avenue
Suite 910
Austin, Texas 78701
512.615.1255 (phone)
512.612.1256 (facsimile)

By /s/ I. Antongiorgi
  Isabelle M. Antongiorgi
  State Bar No. 240599386
  Email: isabelle@dunhamllp.com
  David E. Dunham
  State Bar No. 06227700
  Email: david@dunhamllp.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify, I conferred with counsel for Defendants via email and on the phone, and Defendants do not oppose the relief requested herein.

/s/ Isabelle M. Antongiorgi
Isabelle M. Antongiorgi

## CERTIFICATE OR SERVICE

I, the undersigned, hereby certify that this Unopposed Emergency Motion to Extend Time to Respond to Motions to Dismiss was filed through the Court's ECF System on March 9, 2023, and thereby served on the following counsel of record:

Scott Brenner
Email: sbrenner@thowardlaw.com
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd. #100
Louisville, CO 80027
Telephone: (303) 665-9845
COUNSEL FOR DEFENDANTS

And

Daniel M. Branum
Sate Bar No. 24064496
Email: dan@branumpllc.com
BRANUM PLLC
103 East Main Street
Onley, TX 76374
Telephone: (940) 564-5299
Fax: (940) 247-3406
LOCAL COUNSEL FOR DEFENDANTS

/s/ Isabelle M. Antongiorgi
Isabelle M. Antongiorgi