# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE BIOMECHANICS LLC,** § | |
| *Plaintiff*, § | |
| § | |
| *v.* § | |
| § | CASE NO. 6:22-cv-974-ADA-JCM |
| **INTERNATIONAL FITNESS** § | |
| **PROFESSIONALS ASSOCIATION, INC.** § | |
| **and DR. JAMES BELL** § | |
| *Defendants*. § | |

## [PROPOSED] ORDER

On this day, the Court considered Plaintiff's Unopposed Emergency Motion to Extend Time to Respond to Motions to Dismiss (Dkt. 20). The Court finds that the Motion has merit and hereby ORDERS as follows:

Plaintiff's deadlines to respond to Defendant Bell's Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and for Failure to State a Claim (Dkt. 13) and Defendant IFPA's First Amended Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and for Failure to State a Claim (Dkt. 15) are hereby postponed until an order is issued on Plaintiff's Motion to Compel Jurisdictional Discovery (Dkt. 19) and a new deadline to respond is set by the Court.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE